```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
JAVIER MONGE,                                                :
                                        Plaintiff,           :
                                                             :        21 Civ. 7307 (LGS)
                -against-                                    :
                                                             :                ORDER
THE BANK OF NEW YORK MELLON, et al.                          :
                                        Defendants.          :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated January 31, 2022, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference;

WHEREAS, the initial pretrial conference is currently scheduled for March 16, 2022, at 4:00 p.m.;

WHEREAS, Defendant Kaliope Catering LLC was served on February 15, 2022;

WHEREAS, Defendant Kaliope Catering LLC was required to respond to the Complaint by March 8, 2022;

WHEREAS, Defendant Kaliope Catering LLC has not appeared in this case and has not timely responded to the Complaint;

WHEREAS, no proof of service against Defendant Richard De Pierro has been filed;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** that if Plaintiff has been in communication with Defendants, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **March 17, 2022**. If Plaintiff has not been in communication with Defendants, Plaintiff shall file a status letter regarding Plaintiff's efforts to serve Defendant Richard De Pierro. It is further

**ORDERED** that the initial pretrial conference scheduled for March 16, 2022, is ADJOURNED to **March 30, 2022, at 4:00 p.m.** The parties shall call (888) 363-4749 and enter the access code 558-3333.

Dated: March 14, 2022
       New York, New York

                                    **LORNA G. SCHOFIELD**
                                  **UNITED STATES DISTRICT JUDGE**