```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
JAVIER MONGE,                                                :
                                       Plaintiff,            :
                                                             :      21 Civ. 7307 (LGS)
              -against-                                      :
                                                             :      ORDER
THE BANK OF NEW YORK MELLON, et al.                          :
                                       Defendants.           :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated March 14, 2022, required the parties to file a proposed case management plan and joint letter or a status letter by March 17, 2022;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** that, if Plaintiff is in communication with Defendant, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **March 28, 2022,** and shall explain why they have not complied with the Court's deadlines. If Defendant refuses to cooperate in the preparation of these documents, Plaintiff shall prepare and file them. If Plaintiff is not in communication with Defendant, no later than **March 28, 2022**, Plaintiff shall file a letter (1) requesting further adjournment of the initial pretrial conference for up to 30 days and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendant and related papers as provided in the Court's Individual Rules.

Failure to comply with the Court-ordered deadlines may result in sanctions, including dismissal.

Dated: March 25, 2022
       New York, New York

                                                    _____
                                                         LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE