LAW OFFICE OF JENNIFER E. TUCEK, PC
315 Madison Avenue, Suite 3054
New York, N.Y. 10017
(917) 669-6991
TucekLaw@Gmail.com

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

March 28, 2022

VIA ECF
Hon. Lorna G. Schofield
United States District Court
300 Quarropas Street
White Plains, NY 10601-4178

The initial pretrial conference scheduled for March 30, 2022, is ADJOURNED to April 27, 2022, at 4:00 p.m. The parties shall call (888) 363-4749 and enter the access code 558-3333. The parties' deadline to file a joint letter and a proposed case management plan is extended to April 18, 2022. If Defendants refuse to appear in the action, Plaintiff shall move for default and file the default judgment papers by April 18, 2022. So Ordered.

Dated: March 29, 2022
New York, New York

Re: *Monge v. Kaliope Catering LLC et al*
Case No. 21-cv-7307 (NSR)

Dear Judge Schofield:

Plaintiff Javier Monge ("Plaintiff") submits this letter to request a further adjournment of the initial pre-trial conference and a date of April 18 by which to present an Order to Show Cause for default judgment as to both Defendants.

Plaintiff further provides a summary of his efforts to secure appearances by Defendants. Plaintiff made several attempts to reach Defendant Kaliope Catering to discuss the matter. I was able just today to finally speak with the principal of Defendant. She referred me to an attorney Damon Hagan. I spoke with him today as well. He is attempting to sort out retention issues with both Defendants. He also expressed an interest in resolving the matter a soon as possible. Thus, I am in the process of preparing a proposal to be discussed with all parties this week.

Considering the above, Plaintiff requests an adjournment of the conference, and additional time, to April 18, to file a default motion to afford the parties time to resolve the matter. Thank you.

Respectfully submitted,

/s/Jennifer E. Tucek
Jennifer E. Tucek

.

.