```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
   JAVIER MONGE,                                             :
                                       Plaintiff,            :
                                                             :      21 Civ. 7307 (LGS)
              -against-                                      :
                                                             :              ORDER
   THE BANK OF NEW YORK MELLON, et al.,                      :
                                       Defendants.           :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated March 29, 2022, required the parties to file a proposed case management plan and joint letter by April 18, 2022;

WHEREAS, the initial pretrial conference is currently scheduled for April 27, 2022, at 4:20 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **April 25, 2022, at 12:00 P.M.**

Dated: April 22, 2022
       New York, New York

_____
         LORNA G. SCHOFIELD
     UNITED STATES DISTRICT JUDGE