UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JAVIER MONGE,                                               :
                                        Plaintiff,          :
                                                            :           21 Civ. 7307 (LGS)
                -against-                                   :
                                                            :                 ORDER
THE BANK OF NEW YORK MELLON, et al.,                        :
                                                            :
                                        Defendants.         :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated March 29, 2022, required the parties to file a joint letter and a proposed case management plan by April 18, 2022;

WHEREAS, the initial pretrial conference is scheduled for April 27, 2022;

WHEREAS, the parties failed to file the joint letter and the proposed case management plan;

WHEREAS, the Order dated April 22, 2022, directed the parties to file the joint letter and the proposed case management plan by April 25, 2022, at noon;

WHEREAS, the parties failed to file the joint letter and the proposed case management plan.  It is hereby

**ORDERED** that, by May 4, 2022, Plaintiff shall file a letter explaining why it has failed to comply with the Court-ordered deadlines.  Failure to comply with Court-ordered deadlines may result in sanctions, including dismissal of the case.  It is further

**ORDERED** that the initial pretrial conference scheduled for April 27, 2022, is adjourned sine die.

Dated: May 25, 2022
       New York, New York

                                          _____
                                                  LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE